# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-18-00078-CR

**Dwayne Perry, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-17-904068, THE HONORABLE CLIFFORD A. BROWN, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on August 24, 2018. On counsel's motions, the time for filing was extended to November 26, 2018. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than January 10, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on January 3, 2019.

Before Chief Justice Rose, Justices Kelly and Smith

Do Not Publish